IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERTA OLIVER | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:15-cv-242-CG-C |
| MIDFIRST BANK, d/b/a | ) |
| MIDLAND MORTGAGE, | ) |
| | ) |
| **Defendant.** | ) |

## JOINT ASSESSMENT OF SETTLEMENT

COME NOW the parties, by and through their respective counsel, and pursuant to the Court's Rule 16(b) Scheduling Order, provide the following assessment of settlement:

1. The parties have reached an agreement to resolve the above-styled matter without the need for additional litigation.

2. The terms of settlement are to remain confidential, but involve, in part, a complex modification of loan documents and final approval of the terms of settlement by the United States Bankruptcy Court for the Southern District of Alabama.

3. Due to the complex nature of the settlement documents and the need to obtain approval from the U.S. Bankruptcy Court, the parties

will need additional time to finalize settlement, and respectfully request at least 90 days to finalize settlement before dismissal of the above-styled matter.

Respectfully submitted,

*s/Juan Ortega*
Juan Ortega (ORTEJ0056)
SIROTE & PERMUTT, P.C.
1 St. Louis Centre, Suite 1000
Mobile, AL 3660
Tel.:    (251) 432-1671
Fax:    (251) 434-0196
 jortega@sirote.com

*Attorney for Defendant MidFirst Bank*

*s/Kenneth J. Riemer (with consent)*
Kenneth J. Riemer (RIEMK8712)
UNDERWOOD & RIEMER, P.C.
166 Government Street, Suite 100
Mobile, AL 36602
Tel.:    (251) 432-9212
Fax:    (251) 433-7172
kjr@alaconsumerlaw.com

*Attorney for Plaintiff Alberta Oliver*