IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERTA OLIVER, | * |
| Plaintiff, | * |
| vs. | *   Case No.   15-242 |
| MIDFIRST BANK, doing business as MIDLAND MORTGAGE, | * |
| Defendant. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Parties, by and through their undersigned attorneys and pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, do hereby jointly stipulate to the dismissal, WITH PREJUDICE, of this action and all claims asserted herein, each party to bear its or her own costs.

/s/ *Kenneth J. Riemer*
KENNETH J. RIEMER
Underwood & Riemer, P.C.
Attorney for Plaintiffs
166 Government Street, Suite 100
Mobile, Alabama 36602

/s/ *Juan Ortega* (with consent)
JUAN ORTEGA
Sirote & Permutt, PC
Attorney for Defendant
One St. Louis Centre, Suite 1000
Mobile, Alabama 36602