IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERTA OLIVER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 15-0242-CG-C |
| | ) |
| MIDFIRST BANK, doing business | ) |
| as MIDLAND MORTGAGE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice (Doc. 25), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own respective costs.

**DONE and ORDERED** this 27th day of June, 2016.

                                          /s/ Callie V. S. Granade
                                          SENIOR UNITED STATES DISTRICT JUDGE